

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

WILL WILSON
ATTORNEY GENERAL

July 3, 1957

Honorable Stephen L. Haley
County Attorney
Gaines County
Seminole, Texas

Opinion No. WW-179

Re: Source of maintenance
    funds for county-owned
    parks.

Dear Sir:

You have requested the opinion of this department on the question:

> "Is it necessary to call an election to
> provide funds for the maintenance of a
> county-owned park?"

The county acquired the park lands under the provisions of
Article 6081e, V.C.S., by the issuance of bonds which have been
approved as to legality by the Attorney General.

There is no provision as to the limit nor the manner of collec-
ting a maintenance tax in that particular statute.

An alternate method of acquiring county parks is outlined by
Article 6078, V.C.S. This statute authorizes a county to acquire
parks and levy a tax not to exceed five cents (.05¢) on the one
hundred dollars ($100) taxable valuation, if such proposition is
submitted to the people at an election called for that purpose.
There is no provision therein for the issuance of bonds. There-
under the commissioners' courts are expressly empowered to levy
and collect a sufficient tax annually to properly maintain the
park lands.

Article 6079b, V.C.S., reads as follows:

> "In counties owning and maintaining county
> parks, and having a population of less than
> 80,000 inhabitants according to the last
> preceding Federal Census, the Commission-
> ers Court is authorized to maintain and
> operate said parks; provided that the Com-
> missioners Court shall not expend more than

> Five Thousand Dollars ($5,000) in any
> year for the maintenance and operation
> of said parks.  Said Five Thousand Dol-
> lars ($5,000) shall be paid out of the
> General Fund of the county."

Article 6079b is applicable to Gaines County; therefore, you
are advised that the county can levy and collect an annual
tax not to exceed $5,000 for the maintenance of the park in
question without calling an election.

That sum is the announced limit and the county has no authority
elsewhere in the applicable statutes to exceed that amount for
park maintenance purposes.

SUMMARY

> The county in question can spend up to
> $5,000 per year of tax money from the
> General Fund to maintain its parks with-
> out the necessity of holding an election.

Very truly yours,

WILL WILSON
Attorney General of Texas

By _____
      Assistant

GW-s

APPROVED:

OPINION COMMITTEE

H. Grady Chandler, Chairman

Mrs. Marietta Payne

Wayland C. Rivers, Jr.

Roger I. Daily

REVIEWED FOR THE ATTORNEY GENERAL
By:  Geo. P. Blackburn